Certificate Number: 05781-IAN-DE-041242362

Bankruptcy Case Number: 26-00637



05781-IAN-DE-041242362

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 23, 2026, at 5:09 o'clock PM PDT, Barry Funke completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Iowa.

Date: July 23, 2026                    By: /s/Allison M Geving

Name: Allison M Geving

Title: President