Certificate Number: 05781-IAN-DE-041223861

Bankruptcy Case Number: 26-00633



05781-IAN-DE-041223861

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on July 19, 2026, at 11:16 o'clock PM PDT, Julie Swanson completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C.  111 to provide an instructional course concerning personal financial management in the Northern District of Iowa.

Date:   July 19, 2026

By:      /s/Allison M Geving

Name:   Allison M Geving

Title:    President